BROWN, APPELLANT, *v.* LEONARD, WARDEN, APPELLEE.

[Cite as *Brown v. Leonard* (1999), 86 Ohio St.3d 593.]

(No. 99–916—Submitted August 25, 1999—Decided September 29, 1999.)

*Lawrence Brown, pro se.*

*Betty D. Montgomery,* Attorney General, and *Michele M. Schoeppe,* Assistant Attorney General, for appellee.

**Per Curiam.** We affirm the judgment of the court of appeals for the reasons stated in its opinion. Neither a claimed violation of the right to a speedy trial nor a mere sentencing error is cognizable in habeas corpus. *Russell v. Mitchell* (1999), 84 Ohio St.3d 328, 329, 703 N.E.2d 1249, 1249–1250; *Heddleston v. Mack* (1998), 84 Ohio St.3d 213, 702 N.E.2d 1198. Further, Brown waived the additional claims he raises in this appeal, *e.g.,* ineffective assistance of counsel, by failing to raise them below, and such claims are also not cognizable in habeas corpus. *State ex rel. Porter v. Cleveland Dept. of Pub. Safety* (1998), 84 Ohio St.3d 258, 259, 703 N.E.2d 308, 309; *Thomas v. Huffman* (1998), 84 Ohio St.3d 266, 267, 703 N.E.2d 315, 315–316.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.